## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Alberto Davila, Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, hereinafter referred to as ATF being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so since June 2022. I am a Puerto Rico Police Officer and have a Puerto Rico Police Bureau Academy training. Prior to working as a TFO with ATF, I was part of the specialized unit of investigation of homicide for nine (9) years.

2. I am familiar with the information contained in this Affidavit, which is based upon the investigation and information received from other law enforcement officials. Because of my personal participation in this investigation, and because of information provided to me by other agents and officers, and my personal observations, I am familiar with the facts and circumstances of this investigation.

3. During my employment in law enforcement, I have received training in connection with, and conducted investigations of violations of the National Firearms Act, Gun Control Act, and Title 18, United States Code, Sections 922(g), 922(o), 924(c) and others. I have also received training and conducted investigations involving illicit drugs and the distribution of illicit drugs in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), 846 and others.

4. In addition, I have had conversations and worked alongside other experienced local, state and federal law enforcement officers, as well as state and federal prosecuting attorneys concerning violations of firearms and narcotics laws.

5. I am familiar with the information contained in this Affidavit, which is based upon the investigation, my personal observations, and information received from other law enforcement officials.

6. I have drafted this affidavit to the limited purpose of establishing probable cause for certain violations of law; therefore, I have not included all of the facts of this investigation.

## FACTS THAT ESTABLISH PROBABLE CAUSE

7. On March 18, 2025, at approximately 9:00 am, the Puerto Rico Police Bureau (PRPB) agents assigned to the Bayamon Intelligence Unit received a phone call from an anonymous source, stating that an individual with the nickname *Blaqui*, was armed and selling controlled substances in building 2, apt 20, in La Rosaleda Public Housing Project (LRPHP) in Bayamon, PR.

8. PRPB Agents conducted surveillance on March 19, 24, and 25. During surveillance, they saw an individual later identified Angel as **Angel LUIS GARCIA VILA** in possession of a pistol and a rifle. They also observed him conducting what they recognized as hand-to-hand sales of controlled substances. Based on their observations, agents obtained a search warrant for apartment 20 Building 2 in LRPHP.

9. On March 27, 2025, PRPB executed the search warrant at apartment 20 Building 2 in LRPHP. PRPB identified themselves as police officers and entered apartment 20 and immediately observed GARCIA VILA and for security purposes placed GARCIA VILA under arrest and read him the Miranda warnings.

10. PRPB agents of the K-9 unit assisted with the search. K9 agent Budy marked the kitchen area of apartment 20. PRPB agents seized the following evidence from the kitchen area:

- One (1) Glock pistol, model 43, 9mm caliber, bearing serial number ACWB225, with colors mint green and gray, with an attached machinegun conversion device (known as a "chip").
- Six (6) black magazines, 9mm caliber, 6 round capacity.
- Fifty-one (51) rounds of 9mm caliber ammunition.
- One (1) black backplate clip holster
- One (1) black holster.
- One (1) ID from Angel Luis GARCIA VILA # 6909073
- One (1) blue Samsung cell phone with IMEI number 353325701875894, SIM Card 89017900010010756995, with black cover.
- One (1) red Supreme bag.

11. The aforementioned evidence is depicted below:



12. The conversion devices is shown below:

 

13. PRPB agents transported GARCIA VILA to the PRPB intelligence office in Bayamon. ATF agents arrived at the PRPB intelligence office in Bayamon to interview GARCIA VILA.

14. On March 27, 2025, at approximately 12:25 p.m., ATF agents read Garcia Vila his Miranda warnings. After understanding and signing the form, GARCIA VILA waived his right to remain silent and stated that the pistol seized in the aforementioned apartment was his and that he had it for security purposes. GARCIA VILA also stated that the seized firearm was "fast".

15. According to training and experience of ATF agents, and based on prior interviews and investigations, when an individual expresses that a firearm is fast, means that the firearm fires more than one round by the single pull of the trigger.

16. In addition, an ATF Agent conducted a field test of the aforementioned Glock pistol and preliminary determined that it may have been modified with a device to expel more than one round of ammunition with a single function of the trigger. The modifying device in the firearm can be easily observed by anyone who loads, unloads, charges, cleans or

disassembles the firearm due to the obvious color contrast of the device and due to the conspicuous damage to the firearm surrounding the modification.

17. ATF Agents inspected the firearm and observed damage on the part of frame where the modifying device is located on the abovementioned Glock pistol that are indicators that the firearm was fired in automatic. Based on the preliminary examination, as modified, the seized firearm is only capable of shooting automatically.

## CONCLUSION

18. Based on the above facts, I have probable cause to believe that **Angel Luis GARCIA VILA** has violated federal firearm laws. Specifically, he violated **18 U.S.C. § 922(o) (Possession of a Machinegun)**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge this 27th of March 2025.

Alberto Dávila González
Task Force
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

Sworn pursuant to FRCP 4.1 at 8:00AM by telephone, this 28th day of March 2025, in San Juan, Puerto Rico.

Marshal D. Morgan
United States Magistrate Judge
District of Puerto Rico